IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 2 0 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-02424-BNB
**(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)**

SHELDON JOSEPH,

    Plaintiff,

v.

THE PEOPLE OF THE STATE OF COLORADO,
DUKE SHIRARD, La Plata County Sheriff,
SHERIFF DEPUTIES, La Plata County Jail,
TODD RISEBERG #24763, District Attorney's Office,
JUSTIN FAY #37399, District Attorney's Office,
LA PLATA COUNTY SIXTH JUDICIAL DISTRICT,
DAVID L. DICKINSON, District Court Judge,
LA PLATA COUNTY DISTRICT COURT,
JERRY LITTLE, Pre-Trial Services,
ALTERNATIVE TO INCARCERATION,
HILLTOP HOUSE SOUTHWESTERN COMMUNITY CORRECTIONS CENTER, and
ANY AND ALL OTHER KNOWN AND UNKNOWN PARTIES IN THE MATTER OF
    CASE NO. 10CR553,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff has submitted a document titled "Qui Tam Action Complaint and Information." As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action

number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
- (1) __X__ is not submitted
- (2) ___ is not on proper form (must use the court's current form)
- (3) ___ is missing original signature by Plaintiff
- (4) ___ is missing affidavit
- (5) ___ affidavit is incomplete
- (6) ___ affidavit is not notarized or is not properly notarized
- (7) ___ names in caption do not match names in caption of complaint, petition or application
- (8) ___ An original and a copy have not been received by the court. Only an original has been received.
- (9) __X__ other: Motion is necessary only if $350.00 filing fee is not paid in advance.

**Complaint or Petition:**
- (10) ___ is not submitted
- (11) __X__ is not on proper form (must use the court's current form)
- (12) ___ is missing an original signature by the Plaintiff
- (13) ___ is incomplete
- (14) ___ uses et al. instead of listing all parties in caption
- (15) ___ An original and a copy have not been received by the court. Only an original has been received.
- (16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
- (17) ___ names in caption do not match names in text
- (18) ___ other _____

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Plaintiff shall obtain the court-approved Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Complaint forms, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

2

deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED September 20, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-02424-BNB

Sheldon Joseph
6698 County Rd 203
Durango, CO 81301

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on September 20, 2011.

                              GREGORY C. LANGHAM, CLERK

                      By: _____
                              Deputy Clerk